UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CORELINA SCOTT | CIVIL ACTION |
| VERSUS | NO. 11-2313 |
| SUNOCO CATERING ET AL. | SECTION "A"(2) |

### ORDER

More than 120 days have elapsed since the filing of the complaint in this action and plaintiff has failed to show good cause why service of process has not been effected upon defendants. Accordingly,

**IT IS ORDERED** that defendants, Sunoco Catering and Tidewater Offshore Deepwater Drilling, are dismissed <u>without</u> prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 7th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE